IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COLLEEN DECAMBALIZA,
on Behalf of Herself and
All Others Similarly Situated,

      Plaintiffs,

v.

QBE HOLDINGS, INC.; QBE INSURANCE
CORPORATION; QBE FINANCIAL
INSTITUTIONAL RISK SERVICES, INC.;
BANK OF AMERICA CORPORATION;
BANK OF AMERICA, N.A.; BAC HOME
LOANS SERVICING, LP; BANC OF
AMERICA INSURANCE SERVICES, INC.;
BALBOA INSURANCE COMPANY;
MERITPLAN INSURANCE COMPANY;
and NEWPORT MANAGEMENT
CORPORATION,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-286-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants QBE Holdings, Inc., QBE Insurance Corporation, QBE Financial Institutional Risk Services, Inc., Bank of America Corporation, Bank of America, N.A., BAC Home Loans Servicing, LP, Banc of America Insurance Services, Inc., Balboa Insurance Company, Meritplan Insurance Company, and Newport Management Corporation, granting their motions to dismiss and closing the case.

_____      11/5/13
Peter Oppeneer, Clerk of Court            Date